# UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF FLORIDA
### TAMPA DIVISION

**STONE TREND INTERNATIONAL,
INC., et al.,**

      **Plaintiffs,**

**v.**                          **Case No.  8:04-cv-753-T-30TBM**

**EQUIFAX, INC., et al.,**

      **Defendants.**

_____/

## <u>ORDER OF DISMISSAL</u>

THIS CAUSE comes before the Court *sua sponte*.  A review of the file indicates that this case has been settled and the file may be closed.  It is therefore

ORDERED AND ADJUDGED that:

1.     This case is dismissed.

2.     The Clerk of Court is directed to CLOSE this file.

**DONE** and **ORDERED** in Tampa, Florida on April 20, 2006.

JAMES S. MOODY, JR.
UNITED STATES DISTRICT JUDGE

<u>Copies furnished to:</u>
Counsel/Parties of Record

F:\Docs\2004\04-cv-753.dismissal.wpd